No. 97–8410. BOYCE v. WOODS, ATTORNEY GENERAL OF ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 97–8411. BAGLEY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–8420. QUARTERMAN v. QUARTERMAN. Sup. Ct. Ga. Certiorari denied.

No. 97–8426. JACKSON v. RAY. Sup. Ct. Ga. Certiorari denied.

No. 97–8428. IDE v. LEHMAN, SECRETARY, WASHINGTON DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 97–8429. MORAN v. MORAN, AKA BRAUN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–8431. MANGRUM v. HEILIG-MEYERS FURNITURE CO. ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–8434. DEYOUNG v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 97–8452. DAVIS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 97–8456. HUGHES v. ANDERSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–8457. WALTON v. JOSLIN ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–8463. BURGESS v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 97–8482. CLERMONT v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 97–8485. OSUNLANA v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 97–8552. ASHIEGBU v. SIDDENS. C. A. 6th Cir. Certiorari denied.